1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10   IH2 PROPERTY WEST, L.P.,        )   Case No. CV 14-656-UA (PJWx)
                                     )
11              Plaintiff,           )   [PROPOSED] ORDER SUMMARILY REMANDING
                                     )   IMPROPERLY-REMOVED ACTION
12        v.                         )
                                     )
13   PAULTEP WISUSKEOW, AKA SHAWN    )
     WISUSKEOW,                      )
14                                   )
                Defendant.           )
15                                   )
                                     )
16   _____)

17        Before the Court is an unlawful detainer action that has been

18   removed from the Riverside County Superior Court.  For the following

19   reasons, the case is summarily remanded to the state court.

20        On April 3, 2014, Defendant Shawn Wisuskeow, having been sued in

21   the Superior Court of Riverside in what appears to be a routine

22   unlawful detainer action, removed the action to this court.  Simply

23   stated, since Plaintiff could not have brought this action in federal

24   court in the first place because there is no subject matter

25   jurisdiction, removal of the action is improper.  28 U.S.C. § 1441(a);

26   *see Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563

27   (2005).  The case does not meet the requirements of 28 U.S.C. § 1331

28   because it does not raise a federal question, contrary to Defendant's

1  claim that it does.  And, though Defendant has not alleged diversity
2  jurisdiction under 28 U.S.C. § 1332, the Court has considered the
3  issue and finds that it appears from the face of the complaint that
4  the amount in controversy is less than $10,000.
5      Accordingly, IT IS ORDERED that (1) pursuant to 28 U.S.C.
6  § 1447(c), this matter is REMANDED to the Superior Court of
7  California, County of Riverside, 13800 Heacock Street, Moreno Valley,
8  California 92553; (2) the clerk shall send a certified copy of this
9  Order to the state court; and (3) the clerk serve copies of the Order
10 on the parties.
11     IT IS SO ORDERED.
12     DATED: 4/14/14
13
14                                    GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE
15 Presented by:
16
17
18 PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28 S:\PJW\Cases-IFP\Civil duty IFP denials\Wisuskeow.wpd

2